JOSEPH M. VANLEUVEN, OSB #824189
joevanleuven@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

       Attorneys for Defendant
       McCormick & Schmick Restaurant Corp.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **AMY MITCHELL, in her capacity as Chapter 7 Trustee for the BANKRUPTCY ESTATE OF ARNICA PUBLISHING, INC.,**<br><br>      **Plaintiff**,<br><br>   v.<br><br>**McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,**<br><br>      **Defendant**. | Case No. 3:13-cv-02294-ST<br><br>**ANSWER TO COMPLAINT** |

      For answer to the plaintiff's complaint, defendant McCormick & Schmick Restaurant Corp. admits, denies and alleges as follows:

      1.    Denies the allegations of paragraph 1.

      2.    Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 2 and so denies the same.

      3.    Admits the allegations of paragraph 3.

      4.    Admits the allegations of paragraph 4.

Page 1 – ANSWER TO COMPLAINT

DWT 23512301v2 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

5. Admits the allegations of paragraph 5.

6. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 6 and so denies the same.

7. Denies the allegations of paragraph 7, except admits that defendant's cookbook was bundled with its gift cards and sold at Costco.

8. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 8 and so denies the same.

9. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 9 and so denies the same.

10. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 10 and so denies the same.

11. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 11 and so denies the same.

12. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 12 and so denies the same.

13. Admits the allegations of paragraph 13.

14. Denies the allegations of paragraph 14.

15. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 15 and so denies the same.

16. Defendant admits and denies, as set forth above, the allegations in the paragraphs re-alleged in paragraph 16.

17. Denies the allegations of paragraph 17.

18. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 12 and so denies the same.

19. Denies the allegations of paragraph 19.

20. Denies the allegations of paragraph 21.

Page 2 – ANSWER TO COMPLAINT

DWT 23512301v2 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

21. Defendant admits and denies, as set forth above, the allegations in the paragraphs re-alleged in paragraph 21.

22. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 22 and so denies the same.

23. Defendant presently lacks knowledge and information sufficient to form a belief as to the truth of the allegations in paragraph 23 and so denies the same.

24. Denies the allegations of paragraph 24.

25. Denies the allegations of paragraph 25.

26. Denies the allegations of paragraph 26.

27. Defendant admits and denies, as set forth above, the allegations in the paragraphs re-alleged in paragraph 27.

28. Denies the allegations of paragraph 28.

29. Denies the allegations of paragraph 29.

30. Except as expressly admitted, denies every allegation in the complaint.

## AFFIRMATIVE DEFENSES

31. Plaintiff's third claim for relief is time-barred by 11 USC Sec. 548(a)(1).

32. Defendant is entitled to an offset against any amount otherwise recoverable by plaintiff, for the value of the consideration defendant provided to Arnica in connection with the sale of the Cookbook Bundles to Costco and the Settlement.

33. Plaintiff's claims for avoidance of the Transfer and the Settlement fail to state a claim upon which relief may be granted.

34. Plaintiff's claims for relief with respect to the Transfer are barred by the release included in the Settlement.

## COUNTERCLAIM

35. Pursuant to the terms of the Settlement Agreement, defendant is entitled to an award of its attorney fees and costs incurred herein.

Page 3 – ANSWER TO COMPLAINT

DWT 23512301v2 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

WHEREFORE, defendant prays for judgment dismissing plaintiff's complaint and awarding defendant its attorney fees, costs and disbursements incurred herein.

DATED this 21st day of March, 2014.

**DAVIS WRIGHT TREMAINE LLP**

By  s/ Joseph M. VanLeuven
**Joseph M. VanLeuven,** OSB #824189
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
joevanleuven@dwt.com

Attorneys for Defendant
McCormick & Schmick Restaurant Corp.

Page 4 – ANSWER TO COMPLAINT

DWT 23512301v2 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **ANSWER TO COMPLAINT** on:

> Christopher C. Blattner
> Motschenbacher & Blattner LLP
> 117 SW Taylor Street, Suite 200
> Portland, OR 97204
> Telephone 503.417.0500
> Facsimile 503.417.0501
> Email: cblattner@portlaw.com
>
> Of Attorneys for Plaintiff

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☐ by emailing a copy thereof to said attorney at his/her last-known email address as set forth above.

Dated this 21st day of March, 2014.

DAVIS WRIGHT TREMAINE LLP

By  s/ Joseph M. VanLeuven
    Joseph M. VanLeuven, OSB #824189
    Of Attorneys for Defendant
    McCormick & Schmick Restaurant Corp.
Page 1 - CERTIFICATE OF SERVICE

DWT 23512301v2 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax