# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

AMY MITCHELL                                              Case No.: 3:13-cv-02294-ST
Plaintiff(s),

v.

MCCORMICK &SCHMICK RESTAURANT
CORP.
Defendant(s).

_____ /

### Fed. R. Civ. P. 26(a) Discovery Agreement

      Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: _05-30-14_

Signature: _____

Name and OSB ID: _Joseph M. VanLeuven, OSB #824189_

E-mail Address: _joevanleuven@dwt.com_

Firm Name: _Davis Wright Tremaine LLP_

Mailing Address: _1300 SW Fifth Avenue, Suite 2400_

City, State, Zip: _Portland, OR 97201_

Parties Represented: _McCormick & Schmick - Defendant_

cc: Counsel of Record