JOSEPH M. VANLEUVEN, OSB #824189
joevanleuven@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

    Attorneys for Defendant
    McCormick & Schmick Restaurant Corp.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **AMY MITCHELL, in her capacity as Chapter 7 Trustee for the BANKRUPTCY ESTATE OF ARNICA PUBLISHING, INC.,**<br><br>    **Plaintiff**,<br><br>  v.<br><br>**McCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation,**<br><br>    **Defendant**. | Case No. 3:13-cv-02294-ST<br><br>**CERTIFICATE OF SERVICE**<br><br>**DEFENDANT'S CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE** |

    I hereby certify that I served a copy of the attached **Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route** on:

    Christopher C. Blattner
    Motschenbacher & Blattner LLP
    117 SW Taylor Street, Suite 200
    Portland, OR 97204
    Telephone 503.417.0500
    Facsimile 503.417.0501
    Email: cblattner@portlaw.com

    Of Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE – CONSENT TO MAGISTRATE

DWT 24206065v1 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

☒ by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorney's last-known address and deposited in the U.S. mail at Portland, Oregon on the date set forth below;

☐ by causing a copy thereof to be hand-delivered to said attorney's address as shown above on the date set forth below;

☐ by sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorney's last-known address on the date set forth below;

☐ by faxing a copy thereof to said attorney at his/her last-known facsimile number on the date set forth below; or

☐ by emailing a copy thereof to said attorney at his/her last-known email address as set forth above.

Dated this 30th day of May, 2014.

DAVIS WRIGHT TREMAINE LLP

By s/ Joseph M. VanLeuven
    Joseph M. VanLeuven, OSB #824189
    Of Attorneys for Defendant
    McCormick & Schmick Restaurant Corp.

Page 2 - CERTIFICATE OF SERVICE – CONSENT TO MAGISTRATE

DWT 24206065v1 0058864-000018

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AMY MITCHELL           Case No.: 3:13-cv-02294-ST
Plaintiff(s),

v.

MCCORMICK &SCHMICK RESTAURANT CORP.
Defendant(s).

_____ /

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: __05-30-14__

Signature: _[signature]_

Name and OSB ID: __Joseph M. VanLeuven, OSB #824189__

E-mail Address: __joevanleuven@dwt.com__

Firm Name: __Davis Wright Tremaine LLP__

Mailing Address: __1300 SW Fifth Avenue, Suite 2400__

City, State, Zip: __Portland, OR 97201__

Parties Represented: __McCormick & Schmick - Defendant__

cc: Counsel of Record