Christopher C.S. Blattner, OSB No. 821941
cblattner@portlaw.com
Nicholas J. Henderson, OSB No. 074027
nhenderson@portlaw.com
Troy G. Sexton, OSB No. 115184
tsexton@portlaw.com
MOTSCHENBACHER & BLATTNER LLP
117 SW Taylor St, Suite 200
Portland, OR 97204
Telephone: 503-417-0500
Fax: 503-417-0501

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| AMY MITCHELL, in her capacity as chapter 7 trustee for the BANKRUPTCY ESTATE OF ARNICA PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCCORMICK & SCHMICK RESTAURANT CORP., a Delaware corporation, <br><br> Defendant. | Case No. 3:13-cv-02294-ST <br><br> [~~PROPOSED~~] ORDER ON JOINT MOTION TO DISMISS CASE WITH PREJUDICE |

This matter comes before the Court upon the Joint Motion to Dismiss Case With Prejudice. The Court has been advised that all parties wish to dismiss all claims and counterclaims set forth in this lawsuit with prejudice and without attorney fees, costs, or disbursements. Now, therefore;

IT IS HEREBY ORDERED that all claims between the parties in this action are hereby dismissed with prejudice and without attorney fees, costs, or disbursements to any party.

SIGNED this 16th day of March, 2014.

_____
Hon. Janice M. Stewart
Magistrate Judge

Page 1 – ORDER ON STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE